Dear Sirs

77,296-01

I need help. I beleave I have survived one Summary Judgement and now face another, but I have lost all help I was receiving from a knowledgable inmate who was helping me for well over a year. I have filed a motion for the appointment of counsel and have received no response yet. Can you please refer someone who would be willing to help with my §1983, I am indigent but paid all fees up front. Please, help if you can. Case No 7:14-CV-082-0 Northern Dist. Texas.

Also, I need help suing an officer who stole from me by violating T.D.C.J. policies and can prove it with documentation and Step-1s and Step-2s. I want to sue this officer in State Court but don't understand the procedures. Please, help if you can.

Thank You, ~Raymond W. Sullivan~ 08-30-15

Raymond W. Sullivan #792221
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk